**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Silvia Maria ZAYAS, a.k.a. China, Defendant–Appellant.**

No. 09–12895
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 8, 2010.

Neal Gary Rosensweig, Hollywood, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, appointed counsel for Sylvia Maria Zayas, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Zayas's conviction and sentence are **AFFIRMED.**